UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WOODROW CARVER SADLER, JR., ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 3:06-0074 |
| ) | JUDGE ECHOLS |
| LABOR READY, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court are the Report and Recommendation ("R&R") entered by the United States Magistrate Judge on September 27, 2006 (Docket Entry No. 16), and Defendant's Motion to Dismiss (Docket Entry No. 14), to which Plaintiff did not file a response.[1] The Clerk mailed a copy of the R&R to Plaintiff's address of record, but the U.S. Postal Service returned the mail to the Clerk with a notation that Plaintiff had moved and left no forwarding address. (Docket Entry No. 17.)

In reviewing an R&R, the Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b).

---

[1] On July 24, 2006, Defendant filed a "Supplement to Defendant's Motion to Dismiss (Docket Entry No. 15), and provided a copy of a recent case in support of the Motion to Dismiss. The Clerk docketed this filing as a Motion to Supplement the Motion to Dismiss. To the extent court action is necessary, such motion is hereby GRANTED.

1

Having carefully reviewed the entire record in this case, the Court finds that no error of fact or law appears. Accordingly,

(1) the R&R of the Magistrate Judge (Docket Entry No. 16) is hereby ADOPTED.

(2) Defendant's Motion to Dismiss (Docket Entry No. 14) is hereby GRANTED.

(3) This case is hereby DISMISSED WITH PREJUDICE.

(4) Entry of this Order on the docket shall constitute entry of final Judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE